PROB 12B
(12/98)

# United States District Court

For

## The Western District of New York

### Request for Modifying the Conditions or Term of Supervision With Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Kristie Boncore  **Case Number:** 1:15CR00239-010

**Name of Sentencing Judicial Officer:** Honorable Richard J. Arcara, Senior U.S. District Judge

**Date of Original Sentence:** August 7, 2017

**Original Offense:** Conspiracy to Possess with Intent to Distribute, and to Distribute Heroin, in Violation of Title 21, U.S.C. Section 846, 841 (a)(1), and 841(b)(1)(C), a Class C Felony.

**Original Sentence:** Time Served followed by three (3) years supervised release. Special conditions include: drug testing, zero tolerance for any drug use, mental health evaluation/treatment, notify probation office of any Opiate based pain medication prescribed by a doctor before the prescription is filled by a pharmacist, and a search condition

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 8/7/17

## PETITIONING THE COURT

☐  To extend the term of supervision for years, for a total term of years.
☒  To modify the conditions of supervision as follows:

**The defendant must notify the probation officer of any controlled substance medication prescribed by a doctor BEFORE the prescription is filled by a pharmacist, and allow the probation officer to communicate with the prescribing doctor.**

### CAUSE

On February 9, 2018, the defendant appeared before the Court on an initial appearance for a violation of supervised release. The Court ordered the defendant to attend and participate in an inpatient drug and mental health treatment program through Bradford Recovery Systems. The defendant has a history of abusing her Adderall prescription, which has caused a significant decline in her mental health status.

On February 20, 2018, the defendant entered into the inpatient treatment program through Bradford Recovery Systems. This officer has been in contact with the treatment agency and has been advised that the defendant has detoxed from the abuse of her Adderall prescription. They advised that they will recommend her treatment plan include the defendant not being prescribed any addictive controlled substances.

RE:    KRISTIE BONCORE
        1:15CR00239-010
        Page 2 of 2

      Based upon this information, this officer recommends that the defendant's conditions of supervised release be modified to include notifying the probation officer of any controlled substance medication prescribed by a doctor before the prescription is filled by a pharmacist, as well as allowing the officer to communicate with the prescribing doctor. This will allow probation to monitor any prescribed medications and be aware of any prescriptions the defendant should not be taking.

      U.S. Probation has contacted defense counsel and they do not oppose to this modification. The subject has readily agreed to this modification as indicated by the signature on the attached Probation 49 form.

Reviewed by:                                              Respectfully submitted,

_____      by   _____
Richard H. Galmarini                                  Janelle L. Dzina
Supervising U.S. Probation Officer             U.S. Probation Officer Specialist
                                                                        Date: March 1, 2018

## THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

\_\_\_3/6/18_____
Date

PROB 49
(Revised 11/98)

# United States District Court
## Western District of New York

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I further understand that all previously imposed conditions will remain in effect.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant must notify the probation officer of any controlled substance medication prescribed by a doctor BEFORE the prescription is filled by a pharmacist, and allow the probation officer to communicate with the prescribing physician.

Witness: _[signature]_   Signed: 3/1/18
U.S. Probation Officer Specialist
Janelle Dzina

Supervised Releasee
Kristie Boncore

Date: 2/28/18