AO 442 (Rev. 01/09) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
Western District of New York

| United States of America | ) |
| v. | ) |
| Kristie Boncore | ) Case No. 1:15CR00239-010 |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kristie Boncore,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Supervised Release Violation

Date: March 14, 2018

*Issuing officer's signature*

H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and state: Buffalo, New York

### Return

This warrant was received on (date) 3/15/2018, and the person was arrested on (date) 3/15/2018
at (city and state) Buffalo, New York

Date: 3/15/2018

Jenelle C Yaeger
Executing ~~Arresting~~ officer's signature

Jenelle C Yaeger, Investigative Research Specialist
*Printed name and title*