AO 245D    (Rev. 11/16) Judgment in a Criminal Case for Revocations                                                JLD/mla (1808022)
           Sheet 1

# UNITED STATES DISTRICT COURT

## Western District Of New York

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v. | (For **Revocation** of Probation or Supervised Release) |

Kristie Boncore

Case Number:   1:15CR00239-010
USM Number:   24426-055
Frank R. Passafiume, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of charges(s)    #1    of the term of supervision.

☐ was found in violation of charges(s)    _____    after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
| #1 | Failure to Comply with Mental Health Treatment | 11/13/2017 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated charge(s)    2,3    and is discharged as to such violation(s) charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 7, 2018
Date of Imposition of Judgment

_/s/ Richard J. Arcara_
Signature of Judge

Honorable Richard J. Arcara, Senior U.S. District Judge
Name and Title of Judge

Sept. 14, 2018
Date

AO 245D     (Rev. 11/16) Judgment in a Criminal Case for Revocations     JLD/mla (1808022)
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: Kristie Boncore
CASE NUMBER: 1:15CR00239-010

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Seven (7) months custody of the Bureau of Prisons.

The cost of incarceration fee is waived.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

     ☐ at _____ ☐ a.m. ☐ p.m. on _____.

     ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐ before 2 p.m. on _____.

     ☐ as notified by the United States Marshal.

     ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL