IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                                  15-CR-239-RJA

HECTOR CARATTINI, et al.

                Defendant.

---

## NOTICE OF REMOVAL OF APPEARANCE

**TO**:   **Clerk of the United States District Court
        for the Western District of New York**

You are hereby requested to remove my appearance as co-counsel for the United States on the above-entitled action.

DATED:     Buffalo, New York, September 2, 2020

                                        JAMES P. KENNEDY, JR.
                                        United States Attorney

                    By:   s/JOSHUA A. VIOLANTI
                           Assistant United States Attorney
                           United States Attorney's Office
                           Western District of New York
                           138 Delaware Avenue
                           Buffalo, New York 14202
                           (716) 843-5864
                           Joshua.Violanti@usdoj.gov